# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.   1:23MJ03-1 |
| DON FLETCHER | ) |
| | )    Charging District's |
| *Defendant* | )    Case No.   2020 CF2 002051 |

FILED
in the Middle District of
North Carolina

January 5, 2023
2:25 pm

Clerk, US District Court
By: _____ kg _____

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Superior Court of the   District of   Columbia  ,

*(if applicable)*   Criminal   division. The defendant may need an interpreter for this language:

_____.

The defendant:    ☐ will retain an attorney.

               ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____ 01/05/2023 _____

_____
*Judge's signature*

_____ Joi E. Peake, United States Magistrate Judge _____
*Printed name and title*